UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SIDBURY,<br><br>       Plaintiff,<br><br>   v.<br><br>BOEING a Washington Corporation; ROBERT RUSS ULRICH, Manager; DAVID CARBON, and JERRY MILLS,<br><br>       Defendant. | NO.<br><br>NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that Defendant The Boeing Company (hereinafter "Boeing"), hereby removes the above-entitled action to the United States District Court for the Western District of Washington. In support thereof, Boeing states as follows:

1.  Plaintiff commenced this civil action in the Superior Court of the State of Washington in and for the County of King. A true and correct copy of Plaintiff's Complaint is attached as Exhibit A to this Notice of Removal. Plaintiff served Boeing with the Complaint on September 3, 2014.

2.  Removal of this matter is proper under 28 U.S.C. §1441(a), which provides:

NOTICE OF REMOVAL - 1
4850-7979-6766.01
47044.00028

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States embracing the place where such action is pending.

### Federal Question Jurisdiction

3. This Court has federal question jurisdiction over this matter. 28 U.S.C. § 1331 provides federal district courts with "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. Plaintiff's Complaint specifically cites to and appears to be asserting causes of action under the federal Age Discrimination in Employment Act, 29 U.S.C. § 621; the Americans With Disabilities Act, 42 U.S.C. § 12100; and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e. Accordingly, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, and removal of this matter is proper under 28 U.S.C. §1441(a).

### All Procedural Requirements Are Satisfied

5. Plaintiff served Boeing with the Complaint on September 3, 2014. Accordingly, this Notice of Removal has been filed within 30 days of service of a copy of the initial pleading setting forth the claim for relief upon which this action is based, and is therefore timely. See 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. §1441 et seq., the right exists to remove this case from the Superior Court of the State of Washington in and for the County of King, to the United States District Court for the Western District of Washington, which embraces the place where this action is pending. This Court is a proper venue for this action because the United States District Court for the Western District of Washington embraces the county in which the state court action is now pending. See 28 U.S.C. §128(b); 28 U.S.C. §1391(b).

7. No previous application has been made for the relief requested herein.

NOTICE OF REMOVAL - 2
4850-7979-6766.01
47044.00028

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

8. Pursuant to 28 U.S.C. §1446, attached hereto is a copy of the Complaint served on Boeing (Exhibit A), Order Setting Civil Case Schedule (Exhibit B), Case Information Cover Sheet (Exhibit C) and Declaration of Service (Exhibit D).  Counsel for the Defendant hereby verifies that these Exhibits, along with this Notice of Removal, are true and complete copies of all the records and proceedings served upon it in this matter.

9. Written notice of the filing of this Notice of Removal will be served on Plaintiff as required.

10. A true and correct copy of this Notice of Removal will be filed with the clerk of the Superior Court of the State of Washington in and for the County of King, as required.

WHEREFORE, Boeing hereby removes this case from the Superior Court of the State of Washington in and for the County of King, where it is now pending, to this Court.

DATED this 19th day of September, 2014.

RIDDELL WILLIAMS P.S.

By   s/Laurence A. Shapero
Laurence A. Shapero, WSBA #31301
Attorneys for Defendant The Boeing Company

NOTICE OF REMOVAL - 3
4850-7979-6766.01
47044.00028

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 19th day of September, 2014, I caused a true and correct copy of the foregoing document to be served on the following attorneys, via the method indicated:

| | |
|---|---|
| Joseph Sidbury, Pro Se<br>27928 22nd Ave. South<br>Federal Way, WA 98003<br>Phone: 253-945-7550 | via overnight express courier |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this declaration was executed on September 19, 2014, at Seattle, Washington.

_____
Jazmine Matautia

NOTICE OF REMOVAL - 4
4850-7979-6766.01
47044.00028

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600